IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| AZZ, INC. and<br>THE CALVERT COMPANY, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | CV 119-052 |
| SOUTHERN NUCLEAR OPERATING<br>COMPANY, INC.; GEORGIA POWER<br>COMPANY; OGLETHORPE POWER<br>CORPORATION; MUNICIPAL<br>ELECTRIC AUTHORITY OF GEORGIA;<br>THE CITY OF DALTON, GEORGIA, and<br>WECTEC GLOBAL PROJECT<br>SERVICES, INC., n/k/a STONE &<br>WEBSTER, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

**O R D E R**

United States District Judge Vernon S. Broderick transferred this case from the United States District Court for the Southern District of New York, and the Clerk of Court opened the case in this District on April 1, 2019. (See doc. nos. 17, 18.) The deadline for the parties to confer as provided in Federal Rule of Civil Procedure 26(f) and then submit a joint 26(f) Report as set forth in the Court's prior Order has passed. (See doc. no. 22.) However, no Rule 26(f) Report has been filed. Accordingly, the Court **ORDERS** the parties to conduct a conference within fourteen days of the date of this Order and to file a joint 26(f) Report within seven days of the conference. The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 10th day of May, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA