IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| AZZ, INC. and THE CALVERT COMPANY, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 119-052 |
| SOUTHERN NUCLEAR OPERATING COMPANY, INC.; GEORGIA POWER COMPANY; OGLETHORPE POWER CORPORATION; MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA; THE CITY OF DALTON, GEORGIA, and WECTEC GLOBAL PROJECT SERVICES, INC., n/k/a STONE & WEBSTER, INC., | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

The Court **VACATES** its prior Order dated May 10, 2019. (Doc. no. 41.) Pursuant to the Court's April 19, 2019 Order, (doc. no. 32), the Rule 26(f) Report shall be filed no later than May 20, 2019.

SO ORDERED this 10th day of May, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA