IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| **AZZ, INC. and** <br> **THE CALVERT COMPANY, INC.,** <br><br> Plaintiffs, <br><br> v. <br><br> **SOUTHERN NUCLEAR OPERATING COMPANY, INC., GEORGIA POWER COMPANY, OGLETHORPE POWER CORPORATION, MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA, THE CITY OF DALTON, GEORGIA, and WECTEC GLOBAL PROJECT SERVICES, INC., N/K/A STONE & WEBSTER, INC.,** <br><br> Defendants. | **Civil Action No.** <br> **1:19-CV-052-JRH-BKE** |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, AZZ Inc. and The Calvert Company, Inc. ("AZZ"), Southern Nuclear Operating Company, Inc., Georgia Power Company, Oglethorpe Power Corporation (An Electric Membership Corporation), Municipal Electric Authority of Georgia, and The City of Dalton, Georgia acting by and through its Board of Water, Light and Sinking Fund Commissioners d/b/a Dalton Utilities, (collectively the "Vogtle Parties") and WECTEC Global Project Services, N/K/A/ Stone & Webster, Inc. ("WECTEC") hereby dismiss all claims and counterclaims with prejudice. All Parties shall bear their own costs and fees.

Respectfully submitted this 25th day of January, 2024.

[*Signatures appear on following page*]

23611606.1

/s/Brooke W. Gram
T. Joshua R. Archer
Georgia Bar No. 021208
Brooke W. Gram
Georgia Bar No. 810901
**Balch & Bingham LLP**
30 Ivan Allen Jr. Boulevard, N.W.
Suite 700
Atlanta, Georgia 30308
Telephone:(404)261-6020
Facsimile: (404) 261-3656
Email: jarcher@balch.com
Email: bgram@balch.com

Ben Brewton
Georgia Bar No. 002530
**BALCH & BINGHAM LLP**
801 Broad Street, Suite 800
Augusta, Georgia  30901
Telephone: (404) 261-6020 (x 3711)
Facsimile: (866) 258-8984
Email: bbrewton@balch.com

Joseph E. Finley
Georgia Bar Number 261526
**JONES DAY**
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
E-mail: jfinley@jonesday.com

***ATTORNEYS FOR THE VOGTLE DEFENDANTS***

/s/William J. Keogh (w/expressed permission)
William J. Keogh
Georgia Bar No. 415781
Davis A. Dunaway
Georgia Bar No. 232902
**Hull Barrett, P.C.**
801 Broad Street, 7th Floor
Augusta, Georgia 30901
Telephone: (706)722-4481
Facsimile: (404) 722-9779
Email: wkeogh@hullbarrett.com
Email: ddunaway@hullbarrett.com

***ATTORNEYS FOR PLAINTIFFS AZZ AND THE CALVERT COMPANY, INC***.

/s/James S. V. Weston (w/expressed permission)
James S. V. Weston
Georgia Bar No. 750251
**THE WESTON LAW FIRM**
P.O. Box 2711
Augusta, GA 30914
Telephone: (706) 832-1184
Email: Jamie@thewestonlawfirm.com

***ATTORNEY FOR DEFENDANT WECTEC GLOBAL PROJECT SERVICES, INC., N/K/A STONE & WEBSTER***

2

23611606.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record on this 25th day of January, 2024.

William J. Keogh
Davis A. Dunaway
**Hull Barrett, P.C.**
801 Broad Street, 7th Floor
Augusta, Georgia 30901

James S. V. Weston
**THE WESTON LAW FIRM**
P.O. Box 2711
Augusta, GA 30914

Joseph E. Finley, Esq.
**Jones Day**
1221 Peachtree St NE Suite 400
Atlanta, GA 30361

                                                            */s/Brooke W. Gram*
                                                            Brooke W. Gram
                                                            Georgia Bar No. 810901

23611606.1