IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| AZZ, INC. and THE CALVERT COMPANY, INC., | * * * |
| Plaintiff, | * * |
| v. | * CV 119-052 * |
| SOUTHERN NUCLEAR OPERATING COMPANY, INC., et al., | * * * |
| Defendants. | * * |

## ORDER

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 216.) All appearing Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of January, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA